■ PLUNKETT v STATE OF NEW YORK. [652 NYS2d 503] —Reargument granted, and, upon reargument, motion to dismiss appeal as moot is denied, and that portion of the motion seeking leave to appeal to the Court of Appeals is denied, as indicated. The unpublished order of this Court entered on October 10, 1996 (M-5390) is vacated. Concur—Milonas, J. P., Ellerin, Wallach, Rubin and Kupferman, JJ.

■ SHERMAN v JACKSON. [652 NYS2d 502] —Motion to reverse an order on the ground of mootness denied, *sua sponte*, the appeal dismissed as moot, plaintiff having prevailed in the underlying administrative proceeding. Concur—Ellerin, J. P., Wallach, Kupferman, Nardelli and Tom, JJ.